An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVEN SWANSON, JR.,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 62661

FILED

MAR 01 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____

## ORDER DISMISSING APPEAL

This is an appeal from a district court "Order Granting Motion for Juvenile Records of Defendant." Eighth Judicial District Court, Clark County; Abbi Silver, Judge.

We lack jurisdiction because no statute or court rule provides for an appeal from such an order. See Castillo v. State, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Therefore, we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

---

[1]In light of this order, no action will be taken on the notice of withdrawal of appeal filed on February 26, 2013.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-06385

cc:  Hon. Abbi Silver, District Judge
Steve Swanson, Jr.
Special Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk